UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-3216-MMA |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| CONRADO HERNANDEZ-LOPEZ, | [Doc. No. 16] |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 15, 2016

HONORABLE MICHAEL M. ANELLO
United States District Judge